UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIANA RIVERA,

                                          Civil Action No.: 6:24-cv-02080-CEM-RMN

vs.                                        INJUNCTIVE RELIEF SOUGHT

EQUIFAX INFORMATION SERVICES LLC,

Defendant(s).

_____ /

### PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, DIANA RIVERA, by and through the undersigned counsel, hereby notifies the Court that the parties have agreed in principle to settle the above-captioned matter. Counsels for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines set and provide the parties 60 days to finalize the settlement and dismissal documents.

Plaintiff is filing this Notice with Defendant's approval and permission.

                                                Respectfully Submitted
                                                January 2, 2025,

                                                By: /s/ Jonathan Arias
                                                Jonathan Arias, Esq.
                                                Florida Bar No. 126137
                                                *Attorney for the Plaintiff*
                                                THE ONYX GROUP
                                                8325 N.E. 2nd Ave
                                                Suite 315
                                                Miami, FL 33138
                                                Phone: (786)504-5760
                                                Fax: (305)602-5988

Email: jarias@theonyx.group

## CERTIFICATE OF CONFERRAL

I hereby certify that Plaintiff conferred with Defendant's Counsel via electronic mail on January 2, 2025, and Defendant agrees to the forgoing document

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By: /s/ Jonathan Arias
Jonathan Arias, Esq.
Florida Bar No. 126137
*Attorney for the Plaintiff*
THE ONYX GROUP
8325 N.E. 2nd Ave
Suite 315
Miami, FL 33138